■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F. LIOTTI, on Behalf of MICHAEL FORTIN, Petitioner, v MICHAEL ALLARD et al., Respondents. [736 NYS2d 240] —Writ of habeas corpus in the nature of an application to release the defendant on his own recognizance, or, in the alternative, fixing bail in a criminal proceeding entitled *People v Michael Fortin,* under Nassau County Indictment No. 2111/99.

Adjudged that the writ is dismissed, without costs or disbursements, on the ground of lack of jurisdiction (*see,* CPLR 7002). O'Brien, J. P., Friedmann, Schmidt and Townes, JJ., concur.